676

In the Matter of 52 CLARK INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued June 5, 1952; decided July 15, 1952.

*Milton A. Seymour* for appellant.

*Emory Gardiner* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.